HUGH C. FOX et al., Appellants, *v.* GEORGE H. PEACOCK et al., Respondents.

*Fox* v. *Peacock,* 156 App. Div. 938, appeal dismissed.
   (Argued June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1913, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover for loss of profits alleged to have been occasioned by the defendants' failure to perform its contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence; that the exceptions were frivolous, and that no question of law was pre-

sented that the Court of Appeals had jurisdiction to review. The appellants alleged that since taking the appeal the judgment appealed from had been vacated.

*William P. Langevin* for motion.

*William C. Rosenberg* opposed.

Motion granted and appeal dismissed, without costs.